

United States District Court
Eastern District of California

| | |
|---|---|
| Victoria M. Kresha and Jeffrey B. Kresha | Case Number: 2:23-cv-01182 WBS-JDP |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| National Collegiate Student Loan Trust 2006- | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James L. Richards hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Transworld Systems, Inc.

On June 19, 2023 (date), I was admitted to practice and presently in good standing in the Supreme Court of Louisiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have, ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 01/26/2024      Signature of Applicant: /s/ James L. Richards

**Pro Hac Vice Attorney**

Applicant's Name: James L. Richards
Law Firm Name: Sessions, Israel & Shartle LLC
Address: 3838 N. Causeway Blvd., Ste. 2800

City: Metairie    State: LA    Zip: 70002
Phone Number w/Area Code: (504) 828-3700
City and State of Residence: New Orleans, LA
Primary E-mail Address: jrichards@sessions.legal
Secondary E-mail Address: jrichards@Session-law.biz

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kenneth Akira Ohashi
Law Firm Name: Sessions, Israel & Shartle
Address: 1550 Hotel Circle North, Suite 260

City: San Diego    State: CA    Zip: 92108
Phone Number w/Area Code: (619) 758-1891    Bar # 230440

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE