

**United States District Court**
**Eastern District of California**

Victoria M. Kresha and Jeffrey B. Kresha

Plaintiff(s)

V.

National Collegiate Student Loan Trust 2006-3

Defendant(s)

Case Number: 2:23-CV-01182 WBS-JDP

**APPLICATION FOR PRO HAC VICE AND ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Justin H. Homes hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Transworld Systems Inc.

On October 11, 1996 (date), I was admitted to practice and presently in good standing in the Supreme Court of Louisiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 11/8/2024     Signature of Applicant: /s/ _____

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Justin H. Homes |
| Law Firm Name: | Sessions Israel & Shartle, LLC |
| Address: | 3838 N. Causeway Blvd., Ste. 2800 |
| City: | Metairie   State: LA   Zip: 70002 |
| Phone Number w/Area Code: | (504) 828-3700 |
| City and State of Residence: | New Orleans, LA |
| Primary E-mail Address: | jhomes@sessions.legal |
| Secondary E-mail Address: | jhomes@sessions-law.biz |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kenneth Akira Ohashi |
| Law Firm Name: | Sessions Israel & Shartle, L.L.P. |
| Address: | 1550 Hotel Circle North, Suite 260 |
| City: | San Diego   State: CA   Zip: 92108 |
| Phone Number w/Area Code: | (619) 758-1891   Bar # 230440 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 12, 2024

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE